UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:18-03458 JVS (ADS)                                    Date:  April 16, 2020

Title:  *Rogelio Trejo v. Michael Brandon Freeman, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On July 10, 2019, pro se Plaintiff Rogelio Trejo ("Plaintiff") filed a Second Amended Complaint ("SAC") against Dr. Michael Brandon Freeman, Dr. Sao, RN Gonzalez, two John Doe doctors, three John Doe nurses, and four John Doe correctional officers.  [Dkt. No. 15].  An Order Directing Service of Process by the United States Marshal was entered on December 2, 2019.  [Dkt. No. 17].

On March 9, 2020, the United States Marshal Service returned summons unexecuted for Defendant RN Gonzalez in both his individual and official capacity.  [Dkt. Nos. 22-23].  Defendant RN Gonzalez could not be located.  [Dkt. Nos. 22-23].  On March 17, 2020, the United States Marshal Service returned summons unexecuted for Defendant Dr. Michael Brandon Freeman in both his individual and official capacity.  [Dkt. Nos. 43-44].  Service could not be accepted because Dr. Freeman is not an employee of San Joaquin Valley Community Hospital.  [Dkt. Nos. 43-44].

The Court reminds Plaintiff that it is his responsibility under the Federal Rules of Civil Procedure to have the summons and SAC served on all defendants within the time allotted.  Fed. R. Civ. Proc. 4(c)(a).  It is the responsibility of the Plaintiff to determine a valid address for these defendants or request a specific substituted service.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:18-03458 JVS (ADS)                                              Date:  April 16, 2020

Title:  *Rogelio Trejo v. Michael Brandon Freeman, et al.*

     Pursuant to Federal Rule of Civil Procedure 4(m) and the Court's December 2, 2019 Order Regarding Service of Process for an In-Custody Plaintiff [Dkt. No. 16], service of the SAC must be made on the defendants within ninety (90) days of the Order Directing Service.  As of this date, Plaintiff has failed to comply with service requirements for Defendants Dr. Freeman and RN Gonzalez.

     Since the deadline to serve defendants is past, Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed as to Defendants Dr. Freeman and RN Gonzalez for failure to prosecute and follow court orders**.  Plaintiff must do one of the following: (1) file a written response explaining his inability to comply with service requirements along with a request for additional time pursuant to Federal Rule of Civil Procedure 4(m); or (2) file a written response requesting dismissal as to these defendants.  Plaintiff's response must be filed by no later than **April 30, 2020**.

     Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action as to these defendants be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

     **IT IS SO ORDERED.**

                                                                                Initials of Clerk kh