1  MATTHEW RODRIQUEZ
   Acting Attorney General of California
2  GIAM M. NGUYEN
   Supervising Deputy Attorney General
3  AUDRA C. CALL
   Deputy Attorney General
4  State Bar No. 252804
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone:  (213) 269-6611
6    Fax:  (916) 761-3641
     E-mail:  Audra.Call@doj.ca.gov
7  *Attorneys for Defendant*
   *J. Sao*
8
                 IN THE UNITED STATES DISTRICT COURT
9
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

12

13  **ROGELIO TREJO,**                    2:18-cv-03458-JVS-ADS

14                         Plaintiff,    **DEFENDANT J. SAO'S CASE**
                                         **MANAGEMENT REPORT**
15              **v.**

16                                       Judge:      The Honorable Autumn
    **DR. MICHAEL BRANDON**                          D. Spaeth
17  **FREEMAN, et**                      Trial Date:  None assigned
                                         Action Filed: April 25, 2018
18  **al.,,**

19                         Defendants.

20

21       Pursuant to the Court's December 23, 2020 Case Management and Scheduling

22  Order (ECF No. 63), Defendant J. Sao offers the following Case Management

23  Report:

24  I.   FACTUAL AND LEGAL ISSUES IN THE CASE.

25       A.   **Remaining Factual Issues.**

26       In his Second Amended Complaint ("SAC") Plaintiff Rogelio Trejo alleges

27  that, on February 5, 2017, he was attacked by another inmate while being escorted

28

                                      1

by correctional officers and was knocked unconscious.  Plaintiff was transported by ambulance to San Joaquin Community Hospital where he received diagnostic tests and was ultimately diagnosed with "sustained bilateral mandibular fracture nondisplaced nasal bone fracture [and] right orbital fracture with orbital emphysema."

On February 6, 2017, Dr. Michael Freeman performed an Intermaxillary Facial Surgery.  On February 7, 2017, Plaintiff was transferred to Kern Valley State Prison ("KVSP").  Plaintiff was transported specifically to the clinic ("CTC") at KVSP where he was temporarily housed.  Plaintiff claims he told Defendant Sao immediately upon his arrival at the CTC that he was in "extreme pain" and that his jaw where the procedure was performed "did not feel right."  Plaintiff claims that Defendant Sao told him that it was normal and part of the recovery process.

Plaintiff alleges that he continued to suffer extreme pain and continuously complained to medical staff of the pain.  He claims that medical staff, including Defendant Sao, "refused to assess the affected area" and only offered Tylenol for the pain, which was ineffective.

Approximately six weeks after the procedure, Plaintiff had the hardware removed by Dr. Freeman.  He claims that he complained to Dr. Freeman that he was in extreme pain and there was something wrong but that he was ignored. Plaintiff alleges that he ultimately had to threaten to stage a protest at the CTC before he was finally referred to a prison dentist for evaluation.  The dentist performed diagnostic tests that revealed a serious problem in the affected area. Plaintiff was, thereafter, rushed to Mercy Hospital in Bakersfield.  There, Plaintiff alleges that, following an x-ray, he was diagnosed with "i. mandibular fracture nonunion, ii. Malocclusion, iii. persistent mandibular fracture, and iv. jaw dislocation."  On April 6, 2017, Plaintiff underwent another surgical procedure to correct the continuing issues.

Plaintiff claims that the doctor at Mercy Hospital told him that the problems he was having were obvious and would have been detected by a trained physician. Plaintiff claims that the two (2) months of torment that he suffered following the initial incident was a result of medical staff refusing to provide him with proper pain management and their "improper treatment" of the injuries complained of in the SAC.

**B.    Legal Issues Remaining.**

The only legal issues that remain pertain to Defendant Sao, as no other named defendants have been properly served.  The remaining legal issues are:

1.    Whether Defendant Sao was deliberately indifferent to a substantial risk of harm to Plaintiff with respect to his treatment of Plaintiff, in violation of the Eighth Amendment?

2.    Did Plaintiff exhaust his administrative remedies related to the surviving claims in this Action?

## II.    DISCOVERY.

To date, no discovery has been conducted in this case.  Defendant intends on propounding limited discovery to Plaintiff within the next two (2) weeks. Defendant has also applied for, and been granted, leave to take Plaintiff's deposition.  Plaintiff's deposition is currently scheduled to take place on April 14, 2021 via videoconference.

## III.    ANTICIPATED MOTIONS.

Defendants intend on filing a dispositive Motion for Summary Judgment, including the defense that Plaintiff failed to exhaust his administrative remedies.

## IV.    WITNESSES AT TRIAL.

Defendant has not specifically identified the witnesses who will be testifying at trial but anticipates there will be approximately five to six witnesses, including Plaintiff and a medical expert.  Any expert testimony will be directed at evaluation of the medical records and the treatment process for Plaintiff.

## V.   ESTIMATES FOR TRIAL.

Defendant anticipates that a trial in this Action would last approximately four to five days.  The parties have requested a jury trial.

## VI.   SETTLEMENT EVALUATION.

Defendant does not believe that settlement discussions would be appropriate at this time.  In the event that circumstances indicate that settlement proceedings would be effective, Defendant would elect to proceed with mediation through the Central District's Prisoner's Settlement Program.

## VII. OTHER MATTERS.

There are no additional matters that Defendant requests that the Court consider at this time.

Dated:  March 23, 2021

Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General

/s/ *Audra C. Call*

AUDRA C. CALL
Deputy Attorney General
*Attorneys for Defendant*
*J. Sao*

LA2020604139
64076460.docx

# CERTIFICATE OF SERVICE

Case Name: **Trejo, Rogelio v. Michael Freeman, et. al.**        No. **2:18-cv-03458-JVS-ADS**

I hereby certify that on <u>March 23, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DEFENDANT J. SAO'S CASE MANAGEMENT REPORT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>March 23, 2021</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Rogelio Trejo, CDCR #V53099
California State Prison - Los Angeles County
P.O. Box 4610
Lancaster, CA 93539-8457
*Pro Se*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 23, 2021</u>, at Los Angeles, California.

|  |  |
|---|---|
| S. Figueroa | /s/ *S. Figueroa* |
| Declarant | Signature |

LA2020604139
64077873.docx