1  ROB BONTA
   Attorney General of California
2  GIAM M. NGUYEN
   Supervising Deputy Attorney General
3  AUDRA C. CALL
   Deputy Attorney General
4  State Bar No. 252804
   300 So. Spring Street, Suite 1702
5  Los Angeles, CA  90013
    Telephone:  (213) 269-6611
6   Facsimile:  (916) 761-3641
    E-mail: Audra.Call@doj.ca.gov
7  *Attorneys for Defendant J. Sao*

8

9              IN THE UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

13

| | |
|---|---|
| 14 **ROGELIO TREJO**, | Case No. 2:18-cv-03458-JVS-ADS |
| 15                                    Plaintiff, | **DEFENDANTS' *RAND* WARNING TO PLAINTIFF REGARDING OPPOSING SUMMARY JUDGMENT** |
| 16               v. | |
| 17 | |
| 18 **DR. MICHAEL BRANDON FREEMAN, et al.,,** | Judge:       The Honorable Autumn D. Spaeth |
| 19 | Action Filed: April 25, 2018 |
| 20                                    Defendants. | |

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

TO PLAINTIFF ROGELIO TREJO, PRO SE:

Plaintiff is advised to read the following warning, which is a verbatim copy of the model warning from *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998) (en banc):

***RAND* WARNING**

The defendants have made a motion for summary judgment by which they seek to have your case dismissed. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact—that is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says. Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule [56(c)],[1] that contradict the facts shown in the defendant's declarations and documents and show that there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial.

**CENTRAL DISTRICT OF CALIFORNIA LOCAL RULE REQUIREMENTS**

Aside from the *Rand* warning, Plaintiff is advised to review the applicable local rules concerning opposing summary judgment. In particular, Local Rule 56-2 requires you to serve and file with your summary-judgment opposition "a separate

---

[1] The substance of Rule 56(e) from the 1998 version, when *Rand* was decided, has been reorganized and renumbered with the current version of Rule 56(c).

1  document containing a concise 'Statement of Genuine Disputes' setting forth all

2  material facts as to which it is contended there exists a genuine dispute necessary to

3  be litigated."

4

5  Dated:  September 21, 2021                Respectfully submitted,

6                                           ROB BONTA
                                            Attorney General of California
7                                           GIAM M. NGUYEN
                                            Supervising Deputy Attorney General
8
9
10                                          AUDRA C. CALL
                                            Deputy Attorney General
11                                          *Attorneys for Defendant J. Sao*

12

13  LA2020604139

14  64554933.docx

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:  **Trejo, Rogelio v. Michael**          No.  **2:18-cv-03458-JVS-ADS**
            **Freeman, et. al.**

I hereby certify that on **September 21, 2021**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' *RAND* WARNING TO PLAINTIFF REGARDING OPPOSING SUMMARY JUDGMENT**


Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On **September 21, 2021**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:


Rogelio Trejo – CDCR# V53099
Calipatria State Prison
P.O. Box 5007
Calipatria, CA  92233
Pro Se


I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **September 21, 2021**, at Los Angeles, California.


Aida L. Paraiso                                                    
Declarant                                                Signature

LA2020604139
64555551.docx