ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General
AUDRA C. CALL
Deputy Attorney General
State Bar No. 252804
300 So. Spring Street, Suite 1702
Los Angeles, CA  90013
 Telephone:  (213) 269-6611
 Facsimile:  (916) 761-3641
 E-mail: Audra.Call@doj.ca.gov
*Attorneys for Defendant J. Sao*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGELIO TREJO**,<br><br>Plaintiff,<br><br>v.<br><br>**DR. MICHAEL BRANDON FREEMAN, et al.**,<br><br>Defendants. | Case No.  2:18-cv-03458-JVS-ADS<br><br>**DECLARATION OF R. HART IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, R. Hart, declare:

1. I am currently employed by California Correctional Health Care Services (CCHCS) in the Policy and Risk Management Services (PRMS) division as the Chief (A) of the Health Care Correspondence and Appeals Branch (HCCAB).  The HCCAB is the part of the CCHCS that provides oversight of medical, dental, and mental health care appeals/grievances for adult inmates in the California Department of Corrections and Rehabilitation (CDCR).

2. My current duties include the oversight of CDCR staff who process health care appeals/grievances submitted by adult inmates regarding medical, dental, and mental-health care services.

3. Since August 1, 2008, health care appeals/grievances involving inmate medical, dental, and mental health care issues have been processed by the CCHCS, under the Office of the Federal Receiver appointed in the class action litigation regarding prison health care, *Plata v. Newsom*, U.S. District Court for the Northern District of California, Case No. 3:01-cv-01351. The HCCAB receives, reviews, and maintains all health care appeals/grievances accepted for the final (headquarters) level of review in the inmate health care appeal/grievance process, and renders decisions on such appeals/grievances.

4. All levels of health care appeals/grievances, including the institutional and headquarters levels of review, are tracked through a computer database known as the Health Care Appeals and Risk Tracking System (HCARTS). HCARTS also tracks health care appeals/grievances that were received and ultimately rejected and the reason for the rejection. HCARTS is kept as a regularly-conducted activity, and the computer entries are made at or near the time of the occurrence by the employee who is processing the appeal/grievance.

5. I am familiar with the record-keeping system at HCCAB, and I am able to verify the status of a California inmate's health care appeal/grievance at the headquarters level as well as an inmate's health care appeal/grievance history with CCHCS.

6. I am also familiar with the sections of Title 15 of the California Code of Regulations that govern the inmate appeal/grievance process. Before September 1, 2017, health care appeals were governed by sections 3084 - 3086 of Title 15 of the California Code of Regulations, which govern the inmate appeal process. Under that process, health care appeals were subject to three levels of review before

1 administrative remedies were deemed exhausted.  Cal. Code Regs. tit. 15, § 3084.7(d)(3) (2016).

7. Effective September 1, 2017, new regulations were implemented to specifically govern health care grievances.  These regulations are set forth in Title 15, §§ 3999.225 – 3999.237 of the California Code of Regulations.  Under these regulations, inmates may grieve complaints regarding health care policies, decisions, actions, conditions, or omissions using a CDCR 602 HC form.  Cal. Code Regs. tit. 15, §§ 3999.226, 3999.227(a) (2019).  Such complaints are now called health care "grievances" and are subject to two levels of review, an institutional level of review and a headquarters level of review.  Cal. Code Regs. tit. 15, § 3999.226(a)(1) (2019).  Health care grievances are subject to a headquarters' disposition before administrative remedies are deemed exhausted.  Cal. Code Regs. tit. 15, § 3999.226(g) (2019).

8. At the request of the Attorney General's Office, this office conducted a review of the inmate health care appeal/grievance records in the HCARTS database for inmate Rogelio Trejo, CDCR No. V53099.  Attached to my declaration as Exhibit A is a correct copy of the HCARTS grievance history printout for this inmate reflecting all health care grievances filed by inmate Trejo since February 2017.  I reviewed inmate Trejo's appeal/grievance history, and based on that review I can confirm the following:

9. I thoroughly reviewed inmate Trejo's HCARTS appeal/grievance history.  Based on my review, I can confirm that inmate Trejo only filed one health care grievance in 2017, Tracking Number: LAC HC 17000263.

10. Based on my review of Tracking Number: LAC HC 17000263, received by the institution on October 11, 2017, I can confirm the grievance addressed inmate Trejo's allegations that he had botched dental surgeries that caused pain and prevented him from "perform[ing] the daily necessities of life."  Inmate Trejo sought injunctive and monetary relief.  The only medical professionals named in the

grievance were Dr. Norris and Dr. Freeman. Inmate Trejo alleged that Dr. Freeman conducted the first surgery which caused the pain and Dr. Norris discovered the problem.[1] This health care grievance was denied at the Headquarters' Level on March 8, 2018. Attached to my declaration as **Exhibit B** is a true and correct copy of the grievance file for Tracking Number: LAC HC 17000263.

11. Finally, based on my review of inmate Trejo's health care appeal/grievance history, I can confirm that, beyond Tracking Number: LAC HC 17000263, inmate Trejo did not submit any other health care appeals or grievances to my office in 2017.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true. Executed on June 22, 2021, at Elk Grove, California.

R. Hart, Chief (A)
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services

---

[1] Inmate Trejo referenced the date of the occurrences in the appeal as September 11, 2017.

# EXHIBIT A

 

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

---

## GRIEVANCE HISTORY FOR (V53099) TREJO, ROGELIO

**Tracking Number:**
LAC HC 17000263

| | **Grievance Level:** | Headquarters' | **Grievance Status:** | Closed | |
|---|---|---|---|---|---|
| | **Date Submitted** | **Date Received** | **Date Closed** | **Disposition** | **Due Date** |
| **Institutional Level** | | 10/11/2017 | 11/14/2017 | No Further Intervention | 12/18/2017 |
| **Headquarters' Level** | | 11/27/2017 | 3/8/2018 | No Intervention | 2/23/2018 |
| | **Issue Type** | | **Action Requested** | | |
| **Issue 1:** | Administrative/Monetary Compensation | | Injunctive relief and monetary compensation in the form of punitive, compensatory and nominal damages. | | |

# EXHIBIT B




# HEALTH CARE SERVICES

### Headquarters' Level Response

**Closing Date:**  MAR 0 8 2018

**To:**  TREJO, ROGELIO (V53099)
California State Prison – LA County
P.O. Box 4670
Lancaster, CA 93539-4670

**From:**  California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**  LAC HC 17000263

This health care grievance appeal was reviewed by Health Care Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

### HEALTH CARE GRIEVANCE APPEAL SUMMARY:
In your CDCR 602 HC, Health Care Grievance, received on November 27, 2017, you explained the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your health and welfare for which you seek remedy:

| Issue | Description |
|---|---|
| **Issue:** Administrative ( Monetary Compensation ) | Injunctive relief and monetary compensation in the form of punitive, compensatory and nominal damages. |

### RULES AND REGULATIONS:
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

### HEADQUARTERS' LEVEL DISPOSITION:

[X] No intervention.

[ ] No further intervention.

[ ] Intervention.

This decision exhausts your administrative remedies.

Your health care grievance with attachment(s), health record, and all pertinent departmental policies and procedures were reviewed.

---

Note 1: The Headquarters' Level Review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The Closing Date reflects the closed, mailed/delivered date of the health care grievance.

**HEALTH CARE SERVICES**
P.O. Box 588500
Elk Grove, CA 95758

California Correctional Health Care Services strives to provide constitutionally adequate medical care for all California inmates. While the focus is on the adequacy of current and prospective care, due consideration is also given to allegations of inadequacies or lapses in past care. California Correctional Health Care Services includes the appropriate personnel and organizational functions to review such information and to take corrective action as may be warranted. Your concerns and issues have been taken into consideration and sent to the proper entities for appropriate review and/or action. Any such internal reviews and resulting actions are considered protected by law as confidential.

Monetary compensation is outside the jurisdiction of the health care grievances process.

It is not appropriate to expand the health care grievance beyond the initial issue(s). The Health Care Correspondence and Appeals Branch has the discretion whether to address new issues; it has been determined the new issue(s), *pain management*, not included in the originally submitted CDCR 602 HC, Health Care Grievance, will not be addressed at the headquarters' level per California Code of Regulations, Title 15, Section 3087.5(i).

If you have additional dental or health care needs, you are advised to utilize the CDC 7362, Health Care Services Request Form, process to access health care services in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your medical care providers. You are encouraged to continue your care with your assigned medical care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your medical care providers to offer and provide only the care they determine to be currently medically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other medical facilities or staff, input from medical consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current medical care providers.

**DIRECTIVE:**
No intervention is required by the institution.

_for_ S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

03/06/18
Reviewed and Signed Date

---

Note 1: The Headquarters' Level Review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The Closing Date reflects the closed, mailed/delivered date of the health care grievance.

**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

STATE OF CALIFORNIA  
**HEALTH CARE GRIEVANCE**  
CDCR-0602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION  
Page 2 of 2  
Tracking #: LAC HC 17000263

| SECTION B: | **Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response**, explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |
|---|---|

I AM DISSATISFIED BASED ON THE FACT THAT NO CORRECTIVE ACTION WAS TAKEN TOWARD THIS, EVEN WITH REGARDS TO REMEDIES IN PAIN MANAGEMENT, OR MEDICAL INJUNCTIVE RELIEF. ADDITIONALY, I MUST CONTINUE TO THE NEXT LEVEL IN ORDER TO EXHAUST ADMINISTRATIVE REMEDIES.

Grievant Signature: [signature]    Date Submitted: 11-19-17

**HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only**    Is a CDCR 602 HC A attached?  ☐ Yes  ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date: _____    Date: _____

☐ Withdrawn (see section C)

☐ Accepted

Interview Conducted?    ☐ Yes  ☐ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

**Disposition:** See attached letter    ☐ Intervention    ☐ No Further Intervention    ☒ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant:  MAR 0 8 2018

| SECTION C: | Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason: |
|---|---|

Grievant Signature: _____    Date Submitted: _____

Staff Name and Title (Print): _____    Signature: _____    Date: _____

# STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

# STATE OF CALIFORNIA
# HEALTH CARE GRIEVANCE
CDCR-0602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

**STAFF USE ONLY**

Expedited? ☐ Yes ☒ No

Staff Name and Title (Print): J. Perra

Institution: LAC HC

Tracking #: 17000263

Signature: [signed]

Date: 10-11-17

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First, MI): TREJO, ROGELIO

CDCR #: V53099

Unit/Cell #: C-2-226L

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

THE FOLLOWING APPEAL IS MEANT TO ADDRESS A SEVERE DEPRIVATION OF RIGHTS AFFORDED TO ME BY 8TH AMENDMENT PROVISIONS, STATE AND FEDERAL GUIDELINES FOR MEDICAL TREATMENT AND STATE LAW. SPECIFICALLY, ON 9/11/17 I WAS TAKEN TO BAKERSFIELD HOSPITAL TO SEE A DR. NORRIS, EMPLOYED UNDER CDCR CONTRACT. THIS DOCTOR INFORMED ME THAT THE SCREWS IN MY MOUTH ARE LOOSE, THAT EXCESSIVE METAL WAS LEFT IN MY MOUTH AND THAT THE SURGERY I RECIEVED WAS OF SHOCKINGLY POOR QUALITY. THIS BEING IMPOSED UPON ME HAS LEFT ME IN EXTREME PAIN. ON THE SAME TOKEN THIS ISSUE IS ONGOING. I HAD RECIEVED SURGERY AT SAN JUAQUIN HOSPITAL BY DR. FREEMAN. THE SURGERY

*If you need more space, use Section A of the CDCR 602 HC A*

☐ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached:

☒ No, I have not attached any supporting documents. Reason: ALL DOCUMENTS ARE ON RECORD.

Grievant Signature: [signed]

Date Submitted: 10/8/17

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. [RT]

**HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only**

Is a CDCR 602 HC A attached? ☐ Yes ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section C)

☒ Accepted   Assigned To: Dental   Title: DENTIST   Date Assigned: 10/19/17   Date Due: 12/18/17

Interview Conducted? ☒ Yes ☐ No   Date of Interview: 10/27/17   Interview Location: C yard (dental)

Interviewer Name and Title (print): R. Parra, DDS   Signature: [signed]   Date: 10/27/17

Reviewing Authority Name and Title (print): R Jackson   Signature: [signed]   Date: 11/3/17

**Disposition:** See attached letter   ☐ Intervention   ☒ No Further Intervention   ☐ No Intervention

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant: NOV 14 2017

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: Tabe score 9

RECEIVED SEP 11 2017 CCT YCGO

COMPLETED HCCAB STAFF USE ONLY NOV 14 2017 LAC-HCGO

RECEIVED NOV 27 2017

COMPLETED HCCAB MAR 08 2018

STATE OF CALIFORNIA  
**HEALTH CARE GRIEVANCE ATTACHMENT**  
CDCR-0602-HC A (06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION  
Page 1 of 2

**STAFF USE ONLY**

Institution: **LAC**   Tracking #: **HC 17000263**

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First, MI): **TREJO, ROGELIO**

CDCR Number: **V53099**

Unit/Cell Number: **C-2-226L**

**SECTION A:** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy):

WAS SUBSTANDARD AND OF NEGLIGENT QUALITY. AS A DIRECT RESULT OF THIS I HAVE CONTINUOUSLY SUFFERED UNDO PAIN FOR WEEKS WHICH FAILS TO MEET CONTEMPORARY STANDARDS OF DECENCY AMONGST THE MEDICAL COMMUNITY. SUBSEQUENTLY I HAD TO BE RUSHED TO AN EMERGENCY ROOM IN BAKERSFIELD HOSPITAL. I HAVE UNDERGONE AN INABILITY TO PERFORM THE DAILY NECESSITIES OF LIFE DUE TO BOTCHED SURGERIES, EXCESSIVE METAL, LOOSE SCREWS ETC. WHICH SHOULD HAVE BEEN REMOVED. DURING THIS ENTIRE HORRENDOUS EXPERIENCE, AN UNNECESSARY WANTON INFLICTION OF PAIN HAS BEEN IMPOSED THUS VIOLATING 8TH AMENDMENT PROTECTIONS AGAINST CRUEL AND UNUSUAL PUNISHMENT. IN THE SAME COURSE OF ACTION, FAILING TO PROPERLY ACT AND REMEDY THE BOTCHED SURGERIES, THEY ARE ACTING WITH DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS, FURTHER UNDERMINING 8TH AMENDMENT CANON. ADDITIONALLY, CCR 15 §3350 (b) 1, 4 AND 5 CLARIFY THAT BEING I CANNOT EAT, TALK OR DRINK PROPERLY AND MY DAILY NECESSITIES OF LIFE ARE NOT MET, MY RIGHTS ARE VIOLATED ON THE STATE LEVEL AS WELL. I SEEK INJUNCTIVE RELIEF AND MONETARY COMPENSATION IN THE FORM OF PUNITIVE, COMPENSATORY AND NOMINAL DAMAGES.

Grievant Signature: [signed]   Date Submitted: 10/8/17

**SECTION B:** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section B only (Dissatisfied with Health Care Grievance Response):

I AM DISSATISFIED BASED ON THE FACT THAT NO CORRECTIVE ACTION WAS TAKEN TOWARD THIS SITUATION, EVEN WITH REGARDS TO REMEDIES IN PAIN MANAGEMENT OR MEDICAL CORRECTIVENESS. ADDITIONALLY I MUST CONTINUE TO THE NEXT LEVEL IN ORDER TO EXHAUST ADMINISTRATIVE REMEDIES.

Grievant Signature: [signed]   Date Submitted: 11/18/17

STAFF USE ONLY

[Stamps: RECEIVED LAC SEP 11 2017 / OCT; COMPLETED NOV 14 2017 LAC-HCGO; RECEIVED HCCAB NOV 27 2017; COMPLETED HCCAB MAY 08 2018; YCGO]

STATE OF CALIFORNIA  
**HEALTH CARE GRIEVANCE ATTACHMENT**  
CDCR-0602-HC A (06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION  
Page 2 of 2

Tracking #: LAC HC 17000263

| STAFF USE ONLY | Grievants **do not write** in this area. Grievance Interview Clarification: Document issue(s) clarified during interview |
|---|---|

Staff Name and Title: _____

Signature: _____   Date: _____

**STAFF USE ONLY**

**Distribution: Original** - Returned to grievant after completed, **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## Institutional Level Response

**Closing Date:** NOV 1 4 2017

**To:** TREJO, ROGELIO (V53099)
C  002  2226001U
California State Prison – LA County
P.O. Box 4670
Lancaster, CA 93539-4670

**Tracking #:** LAC HC 17000263

### HEALTH CARE GRIEVANCE SUMMARY:
In your CDCR 602 HC, Health Care Grievance, received on October 11, 2017, you explained the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your welfare for which you seek remedy:

| Issue | Description |
|---|---|
| **Issue:** Administrative ( Monetary Compensation ) | Request to be compensated in the form of punitive, compensatory and nominal damages for claimed botched oral surgeries. |

### RULES AND REGULATIONS:
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

### INTERVIEW:

You were interviewed by Dr. Parra, staff dentist on October 27, 2017 regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

### INSTITUTIONAL LEVEL DISPOSITION:

☐ No intervention.

☒ No further intervention.

☐ Intervention.

Your health care grievance is resolved.



---

Note 1: The Institutional Level Review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The Closing Date reflects the closed, mailed/delivered date of the health care grievance.

**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA  95758

Your health care grievance with attachment(s), health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you have been experiencing pain due to jaw surgery you received at San Joaquin Hospital and you are requesting monetary compensation for damages. However, your request for monetary compensation is outside the scope of the grievance process.

R. JACKSON
Health Program Manager III
California State Prison – LA County

11/13/17
Reviewed and Signed Date



RECEIVED
HCCAB
NOV 27 2017

---

Note 1: The Institutional Level Review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The Closing Date reflects the closed, mailed/delivered date of the health care grievance.

**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

**California State Prison - Los Angeles County**
Name: _Rogelio Trejo_
CDC #: _V53099_
Facility _C-_ Building _2-_ Bed #_226_
P.O. Box _4610_
Lancaster, CA 93539

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457
Money Orders - P.O. Box 8487

SANTA CLARITA
CA 913
21 NOV '17
PM 7 L

RECEIVED
HCCAB
NOV 27 2017

Health care Correspondence
AND
Appeal Branch
P.O. Box 588500
Elk Grove, CA. 95758

95758-850000



## UNAUTHORIZED ITEMS WITHIN INMATE MAIL

If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval
- No Peel & Seal, padded, cardboard or bubble wrap envelopes.
- No cardstock, sketch pads, construction paper or colored paper.
- No musical greeting cards, videos, CD's, or cassette tapes.
- No cash. No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays, or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No lipstick, perfume, cologne, and scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.

## AUTHORIZED ITEMS WITHIN INMATE MAIL

- 40 postage stamps/40 envelopes (**Prepaid postage must not show the date**)
- Letters/greeting cards
- 10 photographs (no larger than 8" x 10")
- Checks/money order with Inmate's name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) **MUST** come directly from vendor
- For funds to be mailed directly to Inmates account, send through www.jpay.com or (800) 574-5729

# CERTIFICATE OF SERVICE

Case Name: **Trejo, Rogelio v. Michael Freeman, et. al.**  No. **2:18-cv-03458-JVS-ADS**

I hereby certify that on **September 21, 2021**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DECLARATION OF R. HART IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **September 21, 2021**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Rogelio Trejo – CDCR# V53099
Calipatria State Prison
P.O. Box 5007
Calipatria, CA  92233
Pro Se

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **September 21, 2021**, at Los Angeles, California.

| Aida L. Paraiso | *Paraiso* |
|---|---|
| Declarant | Signature |

LA2020604139
64555584.docx