1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12  **ROGELIO TREJO,**                    Case No. 2:18-cv-03458-JVS-ADS

                          Plaintiff,      **[PROPOSED] ORDER**
13

14          **v.**

15  **DR. MICHAEL BRANDON**
    **FREEMAN, et al.,**
16
                          Defendants.
17

18       Having read and considered Defendant's Motion for Summary Judgment, as

19  well as any opposition thereto, the Court finds that Plaintiff has failed to show the

20  existence of genuine issues of disputed material facts for his claim against

21  Defendant.  Considering the evidence in the light most favorable to Plaintiff, the

22  Court concludes that Defendant is entitled to judgment as a matter of law and a jury

23  trial is not necessary.

24  Accordingly, the Court **GRANTS** Defendant's Motion for Summary Judgment and

25  judgment is entered in favor of Defendant.  Plaintiff is to take nothing by way of his

26  Complaint.

27  Dated: _____         _____

28                                                 Honorable Autumn D. Spaeth

# CERTIFICATE OF SERVICE

Case Name:   **Trejo, Rogelio v. Michael Freeman, et. al.**          No.   **2:18-cv-03458-JVS-ADS**

I hereby certify that on **September 21, 2021**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

# [PROPOSED] ORDER

\

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **September 21, 2021**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Rogelio Trejo – CDCR# V53099
Calipatria State Prison
P.O. Box 5007
Calipatria, CA  92233
Pro Se

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **September 21, 2021**, at Los Angeles, California.

|                          |                          |
|:------------------------:|:------------------------:|
| Aida L. Paraiso          |                          |
| Declarant                | Signature                |

LA2020604139
64555609.docx