UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-03458 MEMF (ADS)                    Date: March 31, 2023

Title: *Rogelio Trejo v. Michael Brandon Freeman et al*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

On March 30, 2023, the Court ordered the parties to appear before the assigned Magistrate Judge for settlement proceedings. (Dkt. No. 77.) In the course of scheduling settlement proceedings, the Court learned that pro se Plaintiff Rogelio Trejo ("Plaintiff") has a new address that is not reflected on this case's docket. Plaintiff has not filed a notice with the Court of this change of address.

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **April 14, 2023,** why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. The filing of a Notice of Change of Address on or before **April 14, 2023**, will discharge this Order to Show Cause.

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh