ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General
AUDRA C. CALL
Deputy Attorney General
State Bar No. 252804
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 408-5966
 Fax:  (916) 761-3641
 E-mail:  Audra.Call@doj.ca.gov
*Attorneys for Defendant*
*J. Sao*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROGELIO TREJO,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. MICHAEL BRANDON FREEMAN, et al.,**<br><br>Defendants. | 2:18-cv-03458-MEMF-ADS<br><br>**NOTICE OF SETTLEMENT CONFERENCE**<br><br>Date:        May 23, 2023<br>Time:        10:00 a.m.<br>Judge:       The Honorable Autumn D. Spaeth<br>Trial Date:  None assigned<br>Action Filed: April 25, 2018 |

///

///

///

///

///

///

///

///

///

To Plaintiff ROGELIO TREJO:

NOTICE IS HEREBY GIVEN that, at the telephonic status conference held in front of Honorable Autumn D. Spaeth on April 19, 2023 at 11:00 a.m., the Court set a settlement conference to be held on **May 23, 2023 at 10:00 a.m.** in front of Honorable Autumn D. Spaeth. The conference shall be conducted via videoconference.

Dated:  April 19, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General

AUDRA C. CALL
Deputy Attorney General
*Attorneys for Defendants*
*J. Sao*

LA2020604139
65897161.docx

2

# ATTACHMENT

## DECLARATION OF PERSONAL SERVICE

Case Name:    **Trejo, Rogelio v. Michael Freeman, et. al.**

No.:    **2:18-cv-03458-MEMF-ADS**

I declare:

I am 18 years of age or older and not a party to this matter; my business address is: 7018 Blair Road, Calipatria, CA 92233.

On April 20 2023, I served the attached **Notice of Settlement Conference** by personally delivering a true copy thereof to the following person(s) at the address(es) as follows:

Rogelio Trejo, V53099
Calipatria State Prison
03-119
7018 Blair Road, Calipatria, CA 92233

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 20, 2023, at Los Angeles, California.

R. RAMOS
_____
Declarant

_____
Signature

LA202060 4139
65887884.docx