1  ROB BONTA
   Attorney General of California
2  GIAM M. NGUYEN
   Supervising Deputy Attorney General
3  AUDRA C. CALL
   Deputy Attorney General
4  State Bar No. 252804
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013-1230
     Telephone: (213) 408-5966
6    Fax: (916) 731-3641
     E-mail:  Audra.Call@doj.ca.gov
7  *Attorneys for Defendant
   J. Sao*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROGELIO TREJO,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. MICHAEL BRANDON FREEMAN, et al.,**<br><br>Defendant. | 2:18-cv-03458-MEMF-(ADSx)<br><br>**JOINT WITNESS LIST FOR OCTOBER 3, 2024 EVIDENTIARY HEARING RE EXHAUSTION**<br><br>Date:          October 3, 2024<br>Time:         10:00 a.m.<br>Courtroom: 8B, 8th Floor<br>Judge:        The Honorable Maame Ewusi-Mensah Frimpong<br>Trial Date:  None assigned<br>Action Filed: April 25, 2018 |

In compliance with this Court's Order (ECF No. 119), the parties list the following witnesses who may be called to testify at the evidentiary hearing scheduled in the above matter. The parties have also noted the time estimates for testimony from each witness.

| WITNESS | TIME ESTIMATE |
|---|---|
| Defendant Dr. J. Sao | 1.5 hours |

1

| S. Gates | 45 minutes |
|---|---|
| R. Jackson | 45 minutes |
| Plaintiff Rogelio Trejo | 1.5 hours |

Dated: September 18, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General

*/s/ Audra C. Call*

AUDRA C. CALL
Deputy Attorney General
*Attorneys for Defendant*
*J. Sao*

ORANGE LAW OFFICES

*/s/ Olu K. Orange*

*Olu K. Orange, Esquire*
*Attorney for Plaintiff Trejo*

I hereby attest that all other signatories listed, and on whose behalf this joint witness list is submitted, concur in this filing's content and have authorized me to affix their signature and file this document.

Dated: September 18, 2024

_____
Audra C. Call
Deputy Attorney General

LA2020604139
67096416.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Trejo, Rogelio v. Michael Freeman, et. al.** | No. | **2:18-cv-03458-MEMF-(ADSx)** |

I hereby certify that on September 18, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT WITNESS LIST FOR OCTOBER 3, 2024 EVIDENTIARY HEARING RE EXHAUSTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 18, 2024, at San Francisco, California.

| G. Guardado | */s/ G. Guardado* |
|---|---|
| Declarant | Signature |

LA2020604139
44328315.docx