ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General
AUDRA C. CALL
Deputy Attorney General
State Bar No. 252804
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone: (213) 408-5966
  Fax: (916) 731-3641
  E-mail:  Audra.Call@doj.ca.gov
*Attorneys for Defendant*
*J. Sao*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROGELIO TREJO,**<br><br>                              Plaintiff,<br><br>     **v.**<br><br>**DR. MICHAEL BRANDON FREEMAN, et**<br><br>**al.,**<br><br>                              Defendant. | 2:18-cv-03458-MEMF-(ADSx)<br><br>***AMENDED* JOINT EXHIBIT LIST FOR OCTOBER 3, 2024 EVIDENTIARY HEARING RE EXHAUSTION**<br><br>Date:          October 3, 2024<br>Time:         10:00 a.m.<br>Courtroom: 8B, 8th Floor<br>Judge:        The Honorable Maame<br>                   Ewusi-Mensah Frimpong<br>Trial Date:  None assigned<br>Action Filed: April 25, 2018 |

In compliance with this Court's Order (ECF No. 119), the parties list the following exhibits which may be introduced at the evidentiary hearing scheduled in the above matter.

///

///

///

///

///

| Ex. No. | Description | Introduced | Admitted |
|---|---|---|---|
| 1 | Grievance Log Number LAC HC 17000263 | 10/3/24 | 10/3/24 |
| 2 | External Movement History of Plaintiff Rogelio Trejo (Exhibit 3 to ECF 90-1.) | 10/3/24 | 10/3/24 |
| 3 | Original Complaint and all attachments (ECF No. 1) | 10/3/24 | 10/3/24 |
| 4 | First Amended Complaint and all attachments (ECF No. 5) | 10/3/24 | 10/3/24 |
| 5 | Second Amended Complaint and all attachments (ECF No. 15) | 10/3/24 | 10/3/24 |
| 6 | Declaration of J. Sao in Support of Defendant's Motion for Summary Judgment (ECF No. 71-4) | 10/3/24 | 10/3/24 |
| 7 | Declaration of R. Hart in Support of Defendant's Motion for Summary Judgment (ECF No. 71-5) | 10/3/24 | 10/3/24 |
| 8 | Complete Medical Record of Plaintiff Rogelio Trejo (OBJECTION NOTE: Defendant objects to the introduction of the entire medical record as most of the documents are irrelevant to, and outside of the scope of, the matters at issue in the evidentiary hearing.) | Not introduced. | Not admitted. |
| 9 | May 18, 2017 Discharge Progress Notes authored by Dr. Sao | 10/3/24 | 10/3/24 |
| 10 | Portions of medical records from Plaintiff's medical file proffered by Plaintiff | 10/3/24 | 10/3/24 |
| 11 | Form CDCR 237-F Dental Pain Profile | 10/3/24 | 10/3/24 |

Defendant also intends to use the transcript of Plaintiff's deposition, not as an exhibit since Plaintiff will be testifying in person, but for impeachment purposes if necessary. Defendant will make copies available for the Court and Plaintiff. The certified copy of the transcript will be lodged with the Court if the Court so requires. Plaintiff's full deposition transcript was also included as an exhibit to the Declaration of Audra C. Call in Support of Defendant's Motion for Reconsideration (ECF No. 90-1, Exhibit 2.)

Dated:  October 11, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General

*Audra C. Call*

AUDRA C. CALL
Deputy Attorney General
*Attorneys for Defendant*
*J. Sao*

ORANGE LAW OFFICES

_____

*/s/ Olu K. Orange*

Olu K. Orange, Esquire
*Attorney for Plaintiff Trejo*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   I hereby attest that all other signatories listed, and on whose behalf this joint witness list is submitted, concur in this filing's content and have authorized me to affix their signature and file this document.

Dated: October 11, 2024

_____          _____
                                           Audra C. Call
                                           Deputy Attorney General

LA2020604139
67095775.docx

## CERTIFICATE OF SERVICE

Case Name: **Trejo, Rogelio v. Michael Freeman, et. al.**     No.     **2:18-cv-03458-MEMF-(ADSx)**

I hereby certify that on <u>October 11, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

# AMENDED JOINT EXHIBIT LIST FOR OCTOBER 3, 2024 EVIDENTIARY HEARING RE EXHAUSTION

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 11, 2024</u>, at Los Angeles, California.

|  |  |
|---|---|
| Kiry Yeoun | */s/ Kiry Yeoun* |
| Declarant | Signature |

LA2020604139